UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARMANDO ARANDA,

Defendant.

Case No. 6:13-cr-00134-AA

OPINION AND ORDER

AIKEN, Judge:

Defendant seeks a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines (USSG). The motion is denied.

Defendant was convicted of possessing a firearm in furtherance of a drug trafficking crime, illegal alien in possession of a firearm, and conspiracy to distribute methamphetamine. Defendant's total offense level was 29, with a sentencing range of 87-108 months. Further, one of defendant's firearms offenses required a consecutive, mandatory minimum sentence of 60 months. *See* 18 U.S.C. § 924(c). Ultimately, the court granted a downward variance and sentenced defendant to a total of 61

1    - OPINION AND ORDER

months. *See* doc. 97. As a result, defendant essentially received a one-month sentence for his controlled substance offense.

Significantly, "the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy statement to a term that is less than the minimum of the amended guideline range determined under subdivision (1) of this subsection." USSG § 1B1.10(b)(2)(A); *see also id.* n. 3. Further, a reduction in sentence is permitted only when "consistent with the applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2); *see also Dillon v. United States*, 560 U.S. 817, 821 (2010) ("Any reduction must be consistent with applicable policy statements issued by the Sentencing Commission.").

Defendant received a sentence less than the minimum of his amended guideline range, and defendant's request for a further reduction is inconsistent with § 1B1.10(b)(2). *See United States v. Aguilar*, 633 Fed. App'x 471, 472 (9th Cir. 2016) ("Contrary to Aguilar's contention, his 'applicable guideline range' is determined without consideration of any departure or variance applied at his original sentencing."); *United States v. Parker*, 617 Fed. App'x 806, 807 (9th Cir. 2015); *United States v. Munguia-Diaz*, 606 Fed. App'x 385, 386 (9th Cir. 2015).

Accordingly, defendant's Motion to Reduce Sentence (doc. 100) is DENIED.

IT IS SO ORDERED.

Dated this _19_ day of September, 2016.

                                                                            */s/ Ann Aiken*
                                                                           Ann Aiken
                                                  United States District Judge